CLOSED,ECF,NON-AUTISM,REVIEW,VAPPEAL

# US Court of Federal Claims
## United States Court of Federal Claims (COFC)
### CIVIL DOCKET FOR CASE #: 1:06-vv-00371-CFL
#### Internal Use Only

| | |
|---|---|
| HIRMIZ et al v. SECRETARY OF HEALTH AND HUMAN SERVICES | Date Filed: 05/08/2006 |
| Assigned to: Judge Charles F. Lettow | Date Terminated: 12/05/2014 |
| Referred to: Special Master George L. Hastings | Jury Demand: None |
| Cause: 42:300 Vaccine Injury Act | Nature of Suit: 469 Injury - Other |
| | Jurisdiction: U.S. Government Defendant |

**Petitioner**

**FRANCIA HIRMIZ**
*and*

represented by **John F. McHugh**
Law Office of John McHugh
233 Broadway
Suite 2320
New York, NY 10279
(212) 483-0875
Fax: (212) 483-0876
Email: jfmchughpc@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Petitioner**

**PETER HIRMIZ**
*as best friends of their daughter, J.H.*

represented by **John F. McHugh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**SECRETARY OF HEALTH AND HUMAN SERVICES**

represented by **Linda Sara Renzi**
U. S. Department of Justice
Vaccine/Torts Branch, Civil Division
P.O. Box 146
Ben Franklin Station
Washington, DC 20044-0146
(202) 616-4133
Email: linda.renzi@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|

| Date | Lock | Doc # | Description |
|---|---|---|---|
| 01/26/2015 | 🔒 | 130 | CAFC Notice of Review, with CAFC case no. 2015-5043. (hw1) (Entered: 02/11/2015) |
| 12/19/2014 | | 129 | JUDGE VACCINE REISSUED REPORTED OPINION re: 127 Order on Motion for Review, Judge Vaccine Reported Opinion. Signed by Judge Charles F. Lettow. (gk) (Entered: 12/19/2014) |
| 12/19/2014 | | | ~~JUDGE VACCINE REISSUED REPORTED OPINION re: 127 Order on Motion for Review, Judge Vaccine Reported Opinion Signed by Judge Charles F. Lettow. (gk)~~ Modified on 12/19/2014. Entry made in error (ar). (Entered: 12/19/2014) |
| 12/05/2014 | 🔒 | 128 | JUDGMENT entered, pursuant to Appendix B, Vaccine Rule 30, dismissing the petition. No costs. (Copy to parties) (dls) (Entered: 12/05/2014) |
| 12/04/2014 | 🔒 | 127 | JUDGE VACCINE REPORTED OPINION denying 121 Motion for Review; (Redactions due by 12/18/2014). Signed by Judge Charles F. Lettow. (gk) (Entered: 12/04/2014) |
| 11/20/2014 | 🔒 | 126 | TRANSCRIPT of Proceedings held on November 13, 2014 before Judge Charles F. Lettow. Total No. of Pages: 1-54. To purchase a copy, contact the clerk's office at (202) 357-6414. Release of Transcript Restriction set for 2/19/2015. (ew) (Entered: 11/20/2014) |
| 11/20/2014 | 🔒 | 125 | Notice Of Filing Of Certified Transcript for proceedings held on November 13, 2014 in Washington, D.C. (ew) (Entered: 11/20/2014) |
| 11/13/2014 | | | Minute Entry - Was the proceeding sealed to the public? Y. Proceeding held in Washington, D.C. on 11/13/2014 before Judge Charles F. Lettow: Hearing. [Total number of days of proceeding: 1]. Official Record of proceeding taken via electronic digital recording (EDR). To order a certified transcript or an audio copy of the proceeding (click HERE) (gk) (Entered: 11/13/2014) |
| 10/31/2014 | | 124 | SCHEDULING ORDER: **Hearing set for 11/13/2014 02:30 PM in National Courts Building before Judge Charles F. Lettow.** Signed by Judge Charles F. Lettow. (gk) (Entered: 10/31/2014) |
| 10/23/2014 | 🔒 | 123 | RESPONSE to 121 MOTION for Review of 119 DECISION of Special Master , filed by SECRETARY OF HEALTH AND HUMAN SERVICES. (Renzi, Linda) Modified on 10/27/2014 (tjk). (Entered: 10/23/2014) |
| 09/23/2014 | | | Case assigned to Judge Charles F. Lettow. (dls) (Entered: 09/24/2014) |
| 09/23/2014 | 🔒 | 122 | NOTICE of Assignment to Judge Charles F. Lettow. (dls) (Entered: 09/24/2014) |
| 09/23/2014 | 🔒 | 121 | MOTION for Review of 119 DECISION of Special Master , filed by All Plaintiffs.Response due by 10/23/2014. (McHugh, John) (Entered: 09/23/2014) |
| 09/17/2014 | | 120 | PUBLIC DECISION (Originally filed: 08/26/2014) regarding 119 |

| Date | | Doc # | Description |
|---|---|---|---|
| | | | DECISION of Special Master Signed by Special Master George L. Hastings. (dlb) Copy to parties. (Entered: 09/17/2014) |
| 08/26/2014 | 🔒 | 119 | DECISION **Redactions due by 9/9/2014** Signed by Special Master George L. Hastings. (dlb) Copy to parties. (Entered: 08/26/2014) |
| 08/19/2014 | 🔒 | 118 | STATUS REPORT , filed by All Plaintiffs. (McHugh, John) (Entered: 08/19/2014) |
| 04/25/2014 | | 117 | ORDER changing caption. Signed by Special Master George L. Hastings. (dlb) Copy to parties. (Entered: 04/25/2014) |
| 04/11/2014 | | 116 | ORDER **Notice of Compliance due by 4/25/2014.** Signed by Special Master George L. Hastings. (dlb) Copy to parties. (Entered: 04/11/2014) |
| 10/09/2013 | 🔒 | 115 | POST HEARING BRIEF by. (Attachments: # 1 Exhibit Reply Ex. A, # 2 Exhibit Reply Ex. B, # 3 Exhibit Reply Ex,. C, # 4 Exhibit Reply Ex. D, # 5 Exhibit Reply Ex. E)(McHugh, John) (Entered: 10/09/2013) |
| 09/11/2013 | | 114 | ORDER granting 113 Motion to Amend Schedule **Petitioners' Reply post-hearing brief due by 10/12/2013.** Signed by Special Master George Hastings (ds) Copy to parties. ( (Entered: 09/11/2013) |
| 09/10/2013 | 🔒 | 113 | MOTION to Amend Schedule , filed by All Plaintiffs.Response due by 9/27/2013. (McHugh, John) (Entered: 09/10/2013) |
| 08/22/2013 | 🔒 | 112 | POST HEARING BRIEF by SECRETARY OF HEALTH AND HUMAN SERVICES. (Renzi, Linda) (Entered: 08/22/2013) |
| 07/15/2013 | | 111 | ORDER **Respondent's Post Hearing Brief due by 8/22/2013.** Signed by Special Master George L. Hastings. (ds) Copy to parties. (Entered: 07/15/2013) |
| 07/15/2013 | 🔒 | 110 | MOTION for Extension of Time until 08/22/2013 to File Response , filed by SECRETARY OF HEALTH AND HUMAN SERVICES.Response due by 8/1/2013. (Renzi, Linda) Modified on 1/9/2014 (tjk). (Entered: 07/15/2013) |
| 05/16/2013 | | | SCHEDULING ORDER (Non PDF): **Respondent's Post Hearing Brief due by 7/15/2013.** Signed by Special Master George L. Hastings. (jtl) Copy to parties. (Entered: 05/16/2013) |
| 05/15/2013 | 🔒 | 109 | MEMORANDUM, filed by All Plaintiffs. (McHugh, John) (Entered: 05/15/2013) |
| 04/08/2013 | | 108 | ORDER granting 107 Motion to Amend Schedule **Petitioners' Post-Hearing Opening Brief due by 5/15/2013.** Signed by Special Master George L. Hastings. (ds) Copy to parties. (Entered: 04/08/2013) |
| 04/05/2013 | 🔒 | 107 | MOTION to Amend Schedule , filed by All Plaintiffs.Response due by 4/22/2013. (McHugh, John) (Entered: 04/05/2013) |
| 01/15/2013 | | 106 | STATUS REPORT, filed by All Plaintiffs. (McHugh, John) (Entered: 01/15/2013) |

| | | |
|---|---|---|
| 01/10/2013 | 105 | STATUS REPORT, filed by All Plaintiffs. (McHugh, John) (Entered: 01/10/2013) |
| 01/04/2013 | 🔒 104 | TRANSCRIPT of Proceedings held on December 5, 2012 before Special Master George L. Hastings. Total No. of Pages: 1-135. Procedures Re: Electronic Transcripts and Redactions. For copy, contact Heritage Court Reporting, (202) 628-4888. Forms to Request Transcripts. Release of Transcript Restriction set for 4/4/2013. (dw1) (Entered: 01/04/2013) |
| 01/04/2013 | 103 | Notice Of Filing Of Certified Transcript for proceedings held on December 5, 2012 in New York, New York. (dw1) (Entered: 01/04/2013) |
| 12/07/2012 | 102 | ORDER Signed by Special Master George L. Hastings. (ds) Copy to parties. (Entered: 12/07/2012) |
| 12/05/2012 | 101 | NOTICE OF FILING Ex. 21 by. (Attachments: # 1 Exhibit Ex. 21 Pediatrics in Review)(McHugh, John) (Entered: 12/05/2012) |
| 12/05/2012 | 100 | NOTICE OF FILING *Ex. 21* by. (McHugh, John) (Entered: 12/05/2012) |
| 12/03/2012 | 99 | NOTICE OF FILING *Exhibits* by. (Attachments: # 1 Exhibit Ex18 Encephalopathy Page, # 2 Exhibit Ex. 19 Susan S. Ellenbereg, # 3 Exhibit Ex. 20 Kathleen R. Stratton)(McHugh, John) (Entered: 12/03/2012) |
| 11/26/2012 | 98 | NOTICE OF FILING by SECRETARY OF HEALTH AND HUMAN SERVICES. (Attachments: # 1 Exhibit F, # 2 Exhibit G)(Renzi, Linda) (Entered: 11/26/2012) |
| 11/21/2012 | 97 | NOTICE OF FILING records by. (Attachments: # 1 Exhibit Ex. 21 Childrens, # 2 Exhibit Ex. 22 Rehabilitation)(McHugh, John) (Entered: 11/21/2012) |
| 11/16/2012 | 96 | PREHEARING SUBMISSIONS by. (McHugh, John) (Entered: 11/16/2012) |
| 11/14/2012 | 95 | PREHEARING SUBMISSIONS by SECRETARY OF HEALTH AND HUMAN SERVICES. (Attachments: # 1 Exhibit C, # 2 Exhibit D, # 3 Exhibit E)(Renzi, Linda) (Entered: 11/14/2012) |
| 11/06/2012 | 94 | SCHEDULING ORDER re 92 Prehearing Order :**Prehearing Submissions due by 11/14/2012.** Signed by Special Master George L. Hastings. (jtl) Copy to parties. (Entered: 11/06/2012) |
| 10/25/2012 | 93 | HEARING LOCATION ORDER Signed by Special Master George L. Hastings. (dlb) Copy to parties. (Entered: 10/25/2012) |
| 10/04/2012 | 92 | PREHEARING ORDER:**Prehearing Submissions due by 11/7/2012. Hearing set for 12/5/2012 10:00 AM in Out of Town Location in New York City before Special Master George L. Hastings.** Signed by Special Master George L. Hastings. (dlb) Copy to parties. (Entered: |

| | | |
| --- | --- | --- |
| | | 10/04/2012) |
| 10/02/2012 | 91 | HEARING ORDER: **Entitlement Hearing set for 12/5/2012 10:00 AM before Special Master George L. Hastings.** Signed by Special Master George L. Hastings. (jtl) Copy to parties. (Entered: 10/02/2012) |
| 09/25/2012 | | Minute Entry for proceeding held in Washington, DC on 9/25/2012, ended on 9/25/2012, held before Special Master George L. Hastings: Status Conference held on 9/25/2012. [Total number of days of proceeding: 1]. Proceeding was not officially recorded (For parties in the case only, click HERE for link to Court of Federal Claims web site forms page for information on ordering: certified transcript from reporter or certified transcript of proceeding from official digital recording.)(dlb) (Entered: 09/25/2012) |
| 09/10/2012 | 90 | STATUS REPORT *and Exhibit 17*, filed by All Plaintiffs. (Attachments: # 1 Exhibit Ex. 17, report of James M. Oleske, MD, MPH,)(McHugh, John) (Entered: 09/10/2012) |
| 09/07/2012 | 89 | STATUS REPORT, filed by All Plaintiffs. (McHugh, John) (Entered: 09/07/2012) |
| 08/29/2012 | 88 | NOTICE of Change of Address by John F. McHugh. (McHugh, John) (Entered: 08/29/2012) |
| 07/12/2012 | 87 | ORDER Signed by Special Master George L. Hastings. (dlb) Copy to parties. (Entered: 07/12/2012) |
| 07/09/2012 | 86 | STATUS REPORT, filed by All Plaintiffs. (McHugh, John) (Entered: 07/09/2012) |
| 05/10/2012 | 85 | SCHEDULING ORDER : **Petitioners' Status Report due 7/9/2012 and every 60 days thereafter.** Signed by Special Master George L. Hastings. (jtl) Copy to parties. (Entered: 05/10/2012) |
| 05/09/2012 | 84 | NOTICE OF FILING by SECRETARY OF HEALTH AND HUMAN SERVICES. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Renzi, Linda) (Entered: 05/09/2012) |
| 04/25/2012 | 83 | SCHEDULING ORDER : **Respondent's Expert Report due by 5/9/2012.** Signed by Special Master George L. Hastings. (jtl) Copy to parties. (Entered: 04/25/2012) |
| 02/24/2012 | 82 | ORDER granting 81 Motion for Extension of Time. Respondent's Expert Report due by 4/25/2012. Signed by Special Master George L. Hastings. (jtl) Copy to parties. (Entered: 02/24/2012) |
| 02/23/2012 | 81 | MOTION for Extension of Time to *File Expert Report*, filed by SECRETARY OF HEALTH AND HUMAN SERVICES.Response due by 3/12/2012. (Renzi, Linda) (Entered: 02/23/2012) |
| 01/09/2012 | 80 | STATUS REPORT, filed by All Plaintiffs. (Attachments: # 1 Exhibit Ex. 15 Oleske, M.D. Opinion, # 2 Exhibit Ex. 16 Oleske, C.V.) (McHugh, John) (Entered: 01/09/2012) |
| | | |

| | | |
|---|---|---|
| 11/17/2011 | 79 | STATUS REPORT. (McHugh, John) (Entered: 11/17/2011) |
| 09/08/2011 | 78 | STATUS REPORT. (McHugh, John) (Entered: 09/08/2011) |
| 09/08/2011 | 77 | ORDER that petitioners' counsel shall file petitioners' overdue status report immediately. Signed by Special Master George L. Hastings. (jtl) Copy to parties. (Entered: 09/08/2011) |
| 08/31/2011 | 76 | NOTICE of Designation of Electronic Case. (tjk) (Entered: 08/31/2011) |
| 08/31/2011 | 75 | ORDER granting 74 Motion to convert case to ECF. Signed by Special Master George L. Hastings. (tjk) Copy to parties. (Entered: 08/31/2011) |
| 07/25/2011 | 74 | Motion to convert case to ECF, filed by FRANCIA HIRMIZ, JESSICA HIRMIZ, PETER HIRMIZ. Service: 7/21/11.Response due by 8/11/2011. (Neal, Alonzo) (Entered: 07/27/2011) |
| 07/14/2011 | 73 | JUDGMENT entered pursuant to Vaccine Rule 11(a), that petitioners are awarded interim attorneys fees and costs in the amount of $87,049.45, in the form of a check payable jointly to petitioners, Francia Hirmiz and Peter Hirmiz, and petitioners counsel, John McHugh.(Copy to parties) (lld) (Entered: 07/14/2011) |
| 06/13/2011 | 72 | DECISION on Special Master - Interim Attorney's Fees and Costs. Signed by Special Master George L. Hastings. (tjk) Copy to parties. (tjk). (Entered: 06/16/2011) |
| 05/09/2011 | 71 | INVALID FILING NOT AN ECF CASE STATUS REPORT. (Attachments: # 1 Exhibit Ex. 136 medQuest by Stone)(McHugh, John) Modified on 5/10/2011 (Neal, Alonzo). (Entered: 05/09/2011) |
| 02/07/2011 | 70 | STATUS REPORT, filed by FRANCIA HIRMIZ, JESSICA HIRMIZ, PETER HIRMIZ. Service: 2/4/11.(Neal, Alonzo) (Entered: 02/09/2011) |
| 02/02/2011 | 69 | NOTICE OF FILING PETITIONERS REPLY TO THE OBJECTIONS TO THE INTERIM FEE APPLICATION by FRANCIA HIRMIZ, JESSICA HIRMIZ, PETER HIRMIZ. Service: 1/31/11.(Neal, Alonzo) (Entered: 02/04/2011) |
| 01/21/2011 | 67 | ORDER: Petitioners may file a Reply to respondent's response to petitioners' application for reimbursement of attorneys' fees and costs. Signed by Special Master George L. Hastings. (Neal, Alonzo) (Entered: 01/25/2011) |
| 01/19/2011 | 68 | ORDER: The Motion states that respondent's counsel has discussed the request for an enlargement of time with petitioner's counsel, John McHugh, and that Mr. McHugh has no objection to such an extension. Accordingly, respondent shall have until January 19,2011, to file respondent's response to petitioners application for attorney's fees and costs. Signed by Special Master George L. Hastings. (Neal, Alonzo) (Entered: 01/27/2011) |
| 01/19/2011 | 66 | NOTICE OF FILING RESPONDENT'S OPPOSITION TO PETITIONERS' APPLICATION FOR INTERIM AND EXPENSES by |

| | | |
|---|---|---|
| | | SECRETARY OF HEALTH AND HUMAN SERVICES. Service: 1/19/11.(Neal, Alonzo) (Entered: 01/20/2011) |
| 01/11/2011 | 65 | MOTION for Extension of Time until 1/18/11 to file a response to petitioners', filed by SECRETARY OF HEALTH AND HUMAN SERVICES. Service: 1/11/11.Response due by 1/28/2011. (Neal, Alonzo) (Entered: 01/14/2011) |
| 12/13/2010 | 64 | MOTION for Attorney Fees, filed by FRANCIA HIRMIZ, JESSICA HIRMIZ, PETER HIRMIZ. Service: 12/10/10.Response due by 12/30/2010. (Neal, Alonzo) (Entered: 12/14/2010) |
| 11/17/2010 | 63 | ORDER: Petitioners counsel shall continue to file additional "Status Reports" every 90 days until petitioners either file an expert report or suggest another manner of proceeding. If petitioners do file an expert report, respondent will then have 45, from the service date, to file an expert report in response. Signed by Special Master George L. Hastings. (Neal, Alonzo) (Entered: 11/18/2010) |
| 11/15/2010 | 62 | STATUS REPORT, filed by FRANCIA HIRMIZ, JESSICA HIRMIZ, PETER HIRMIZ. Service: 11/12/10.(tjk, ) (Entered: 11/17/2010) |
| 11/03/2010 | 61 | SCHEDULING ORDER By 11/15/10 petitioner's counsel shall file a Status Rport describing the status of counsel's efforts to obtain an expert report. Petitioners' counsel shall then file additional Status Reports every 90 days thereafter until petitioners either file an expert report or suggests another manner of proceeding. If petitioners do not file an expert report, respondent will then have 45 days, from the service date, to file an expert report in response. The undersigned will then schedule a status conference. Signed by Special Master George L. Hastings. (tjk, ) (Entered: 11/10/2010) |
| 07/15/2010 | 60 | STATUS REPORT re filing of Expert Report, filed by FRANCIA HIRMIZ, JESSICA HIRMIZ, PETER HIRMIZ. Service: 7/14/10.(tjk, ) (Entered: 07/23/2010) |
| 04/22/2010 | 59 | SCHEDULING ORDER: re 57 Findings of Fact & Conclusions of Law. Petitioners shall file an Expert Report by 7/15/10. If petitioners cannot file an Expert Report, petitioner's counsel shall file a Status Report describing the status of counsel's efforts. Petitioners' counsel shall then file additional Status Reports every 60 days thereafter until petitioners either file an Expert Report or suggests another manner of proceeding. If petitioners do file an Expert Report, respondent will then have 45 days, from the service date, to file an Expert Report in response. The undersigned will then schedule a status conference. Signed by Special Master George L. Hastings. (tjk, ) (Entered: 04/27/2010) |
| 03/29/2010 | 58 | ORDER REASSIGNING CASE to Special Master George L. Hastings. Signed by Chief Special Master Gary J. Golkiewicz. (tjk, ) (Entered: 03/31/2010) |
| 03/26/2010 | 57 | FINDINGS OF FACT. Signed by Special Master Richard Abell. (tjk, ) |

| | | |
|---|---|---|
| | | (Entered: 03/30/2010) |
| 02/18/2010 | 56 | TRANSCRIPT of Proceedings (pages 1-19) held on January 14, 2010 before Special Master Richard Abell. Procedures Re: Electronic Transcripts and Redactions. For copy, contact Heritage Court Reporting, (202) 628-4888. Forms to Request Transcripts. Release of Transcript Restriction set for 5/19/2010. (dw1) (Entered: 02/18/2010) |
| 02/18/2010 | 55 | Notice Of Filing Of Certified Transcript for proceedings held on January 14, 2010 in Washington, DC. (dw1) (Entered: 02/18/2010) |
| 12/16/2009 | 54 | SCHEDULING ORDER: The parties shall appear telephonically, via counsel, on 1/14/10, beginning at 9:00 a.m. or as soon as counsel may be heard. Signed by Special Master Richard Abell. (Neal, Alonzo) (Entered: 12/23/2009) |
| 09/10/2009 | 53 | NOTICE OF FILING PETITIONERS REPLY POST HEARING MEMORANDUM by FRANCIA HIRMIZ, PETER HIRMIZ, JESSICA HIRMIZ. Service: 9/9/09.(Neal, Alonzo) Modified on 9/28/2009 (Neal, Alonzo). (Entered: 09/11/2009) |
| 08/07/2009 | 52 | NOTICE OF FILING RESONDENT'S POST-HEARING MEMORANDUM by SECRETARY OF HEALTH AND HUMAN SERVICES. Service: 8/7/09.(Neal, Alonzo) (Entered: 08/13/2009) |
| 07/30/2009 | 51 | SCHEDULING ORDER: Respondent shall file his argument on the issue of onset by 8/7/09. Petitioners may file a reply, provided such is filed by 8/21/09. Signed by Special Master Richard Abell. (Neal, Alonzo) (Entered: 08/07/2009) |
| 06/15/2009 | 50 | SCHEDULING ORDER:Petitioners shall file their argument on the issue of onset by 6/15/09. Respondent shall file his argument on the issue of onset by 7/31/09; and Petitioner may file a reply, provided such is filed by 8/14/09. Signed by Special Master Richard Abell. (Neal, Alonzo) (Entered: 06/23/2009) |
| 06/15/2009 | 49 | NOTICE OF FILING PETITIONERS POST HEARING MEMORANDUM ONSET by FRANCIA HIRMIZ, PETER HIRMIZ, JESSICA HIRMIZ. Service: 6/12/09.(Neal, Alonzo) (Entered: 06/23/2009) |
| 04/17/2009 | 48 | SCHEDULING ORDER:: Status Conference set for 4/22/2009 10:30 AM before Special Master Richard Abell. Signed by Special Master Richard Abell. (Neal, Alonzo) (Entered: 04/23/2009) |
| 04/06/2009 | 47 | MEDICAL RECORDS [Exhibit(s) #11 Associates in Pediatric Care] filed by FRANCIA HIRMIZ, PETER HIRMIZ, JESSICA HIRMIZ. Service: 3/25/09.(tjk, ) (Entered: 04/15/2009) |
| 03/23/2009 | 46 | NOTICE OF FILING Exhibit 10 Letter to Dr, Aurelia Peera with attachments and with responses by FRANCIA HIRMIZ, PETER HIRMIZ, JESSICA HIRMIZ. Service: 3/11/09.(Neal, Alonzo) (Entered: 03/31/2009) |
| | | |

| | | |
|---|---|---|
| 01/12/2009 | 43 | SUBPOENA ORDER: Petitioner's COunsel is hereby authorized to sign and serve a subpoena ad testificandum upon AURELLA Z. PEERA, MD, to provide oral testimony regarding her knowledge and recollection of the diagnosis and treatment of Jessica Hirmiz, daughter of Francia Hirmiz and Peter Hirmiz, the Petitioners in this case. Signed by Special Master Richard Abell. (Neal, Alonzo) (Entered: 01/21/2009) |
| 01/12/2009 | 42 | SCHEDULING ORDER:: Status Conference set for 3/13/2009 10:00 AM before Special Master Richard Abell. Signed by Special Master Richard Abell. (Neal, Alonzo) (Entered: 01/21/2009) |
| 01/09/2009 | 45 | NOTICE OF FILING: MEDICAL RECORDS [Exhibit(s) #10-13 on CD] filed by FRANCIA HIRMIZ, PETER HIRMIZ, JESSICA HIRMIZ. Service: 1/08/09.(tjk, ) (Entered: 02/06/2009) |
| 01/06/2009 | 44 | MEDICAL RECORDS [Exhibit(s) SECTION 1 Exhibit 2-4, Section 2 Exhibit 5-7, Section 3 Exhibit 8-9 filed by FRANCIA HIRMIZ, PETER HIRMIZ, JESSICA HIRMIZ. Service: 1/5/09.(Neal, Alonzo) (Entered: 01/21/2009) |
| 11/17/2008 | 41 | ORDER GRANTING IN PART, AND DENYING IN PART, RESPONDENT'S MOTION TO STRIKE PLEADING AS IMMATERIAL, IMPERTINENT OR SCANALOUS re 38 Status Conference Order, : Status Conference set for 1/9/2009 11:30 AM before Special Master Richard Abell. Signed by Special Master Richard Abell. (Neal, Alonzo) (Entered: 11/25/2008) |
| 11/03/2008 | 40 | MOTION PETITIONER'S MOTION FOR PRE-APPROVAL OF AN EXPERT WITNESS AND HIS BILLING RATES, filed by FRANCIA HIRMIZ, PETER HIRMIZ, JESSICA HIRMIZ. Service: 10/30/08.Response due by 11/20/2008. (Neal, Alonzo) (Entered: 11/12/2008) |
| 09/30/2008 | 39 | RESPONDENT'S MOTION TO STRIKE PETITIONER'S AMENDED PRE-HEARING MEMORANDUM, filed by SECRETARY OF HEALTH AND HUMAN SERVICES. Service: 9/30/08.Response due by 10/17/2008. (Neal, Alonzo) (Entered: 10/07/2008) |
| 09/23/2008 | 37 | TRANSCRIPT of Proceedings (pages 1-134) held on August 28, 2008 before Special Master Richard Abell. Procedures Re: Electronic Transcripts and Redactions. For copy, contact Heritage Court Reporting, (202) 628-4888. Forms to Request Transcripts. (dw1) (Entered: 09/24/2008) |
| 09/23/2008 | 36 | Notice Of Filing Of Official Transcript for proceedings held on August 28, 2008 in Skokie, Illinois. (dw1) (Entered: 09/24/2008) |
| 09/19/2008 | 38 | ORDER: A status conference was held on 9/18/08 to discuss the use of subpoenae duces tecum to recover medical records in this case. Both parties shall work to recover missing records from pediatrician and to shall present their progress to the Court. Petitioners shall file other outstanding records. The next Status Conference is set for 11/3/2008 09:30 AM before Special Master Richard Abell. Signed by Special |

| | | |
|---|---|---|
| | | Master Richard Abell. (tjk, ) (Entered: 09/28/2008) |
| 09/12/2008 | 35 | NOTICE OF FILING PETITIONER AMENDED PRE-HEARING MEMORANDUM by FRANCIA HIRMIZ, PETER HIRMIZ, JESSICA HIRMIZ. Service: 9/5/08.(Neal, Alonzo) (Entered: 09/18/2008) |
| 09/10/2008 | 34 | ORDER re Pursuant to the Rules of the Court of Federal Claims - Petitioner's Counsel is hereby authorized to sign and serve a subpoena duces tecum upon the medical providers listed in this order, of all medical records. Signed by Special Master Richard Abell. (tjk, ) (Entered: 09/14/2008) |
| 09/04/2008 | 33 | SCHEDULING ORDER: Status Conference set for 9/18/2008 10:30 AM before Special Master Richard Abell. Signed by Special Master Richard Abell. (Neal, Alonzo) (Entered: 09/11/2008) |
| 08/26/2008 | 32 | MOTION to Strike portions of 30 Petitioners' Prehearing Memorandum, filed by SECRETARY OF HEALTH AND HUMAN SERVICES. Service: 8/26/08.Response due by 9/12/2008. (tjk, ) (Entered: 08/31/2008) |
| 08/20/2008 | 31 | SCHEDULING ORDER: Hearing set for 8/28/2008 09:00 AM in Out of Town Location in Courtroom #201 of the Circuit Court of Cook County, Located at 5600 Old Orchard Road in Skokie, Illinois before Special Master Richard Abell. Signed by Special Master Richard Abell. (Neal, Alonzo) (Entered: 08/26/2008) |
| 08/07/2008 | 30 | NOTICE OF FILING PETITIONERS' PRE-HEARING MEMORANDUM by FRANCIA HIRMIZ, PETER HIRMIZ, JESSICA HIRMIZ. Service: 8/6/08.(Neal, Alonzo) (Entered: 08/14/2008) |
| 08/01/2008 | 29 | DECLARATION of Peter Hirmiz, Francia Hirmiz and George Hirmiz by FRANCIA HIRMIZ, PETER HIRMIZ, JESSICA HIRMIZ. Service: 7/31/08.(Neal, Alonzo) (Entered: 08/06/2008) |
| 07/18/2008 | 28 | SCHEDULING ORDER: The hearing shall convene at 9:00 a.m.(CDT) on August 2008 in or around Skokie, Illinois. Prehearing memoranda shall be filed by 8/7/2008.The specific venue will be announced onces it has been arranged and confirmed. Petitioner shall file fact witness affidavits from any and all witnesses who might be called to testify at the hearing. Signed by Special Master Richard Abell. (Neal, Alonzo) (Entered: 07/29/2008) |
| 06/18/2008 | 27 | SCHEDULING ORDER: The Court GRANTED the motion for fact hearing in or near Skokie, Illinois. Status Conference set for 7/17/2008 10:00 AM before Special Master Richard Abell. Signed by Special Master Richard Abell. (Neal, Alonzo) (Entered: 06/25/2008) |
| 04/09/2008 | 26 | SCHEDULING ORDER: Expert Report due by 6/11/2008. If no progress is made in this case by that date, the Court will have no other option but to Order Petitioners to Show Cause why the Petition should |

| | | |
|---|---|---|
| | | not be dismissed. Status Conference set for 6/17/2008 10:00 AM before Special Master Richard Abell. Signed by Special Master Richard Abell. (Neal, Alonzo) (Entered: 04/15/2008) |
| 02/05/2008 | 25 | STATUS REPORT, filed by FRANCIA HIRMIZ, PETER HIRMIZ, JESSICA HIRMIZ. Service: 2/4/08.(Neal, Alonzo) (Entered: 02/06/2008) |
| 02/04/2008 | 24 | SCHEDULING ORDER: Status Conference set for 4/7/2008 10:00 AM before Special Master Richard Abell. Signed by Special Master Richard Abell. (Neal, Alonzo) (Entered: 02/06/2008) |
| 11/21/2007 | 23 | SCHEDULING ORDER: The Court GRANTED Petitioners' motion for enlargement of time to respond to the Order to Show Cause, extending the deadline until 2/1/2008. Status Conference set for 2/4/2008 10:00 AM before Special Master Richard Abell. Signed by Special Master Richard Abell. (Neal, Alonzo) (Entered: 11/27/2007) |
| 11/21/2007 | 22 | STATUS REPORT, filed by FRANCIA HIRMIZ, PETER HIRMIZ. Service: 11/15/07.(Neal, Alonzo) (Entered: 11/27/2007) |
| 10/03/2007 | 21 | ORDER re Petitioner is ORDERED to Show Cause why this case should not be dismissed, or, alternatively, why the Petition and accompanying materials should not be limited to those materials heretofore filed, without more. Petitioner shall file, on or before the close of business 11/19/07, an expert report, status report or a motion for a ruling on the record. The next Status Conference is set for 11/20/07, at 10:00 AM (EDT). Signed by Special Master Richard Abell. (tjk, ) (Entered: 10/09/2007) |
| 07/09/2007 | 20 | SCHEDULING ORDER: The Court ordered Petitioner to file any outstanding relevant materials in support of the Petition by close of business due by 8/17/07. Status Conference set for 8/23/2007 10:00 AM before Special Master Richard Abell. Signed by Special Master Richard Abell. (tjk, ) (Entered: 07/10/2007) |
| 05/18/2007 | 19 | NOTICE OF INTENT to Remain in the Program by Petitioner. Service: 5/14/07.(Neal, Alonzo) (Entered: 05/21/2007) |
| 05/15/2007 | 18 | ORDER re: the statutory 240-day time period for the special master's issuance of a decision in this case has expired. Petitioner may submit a notice continuing or withdrawing the petition and such notice shall be filed within 30 days. Signed by Special Master Richard Abell. (Neal, Alonzo) (Entered: 05/16/2007) |
| 05/15/2007 | 17 | SCHEDULING ORDER: Status Conference set for 7/2/2007 10:30 AM before Special Master Richard Abell. Signed by Special Master Richard Abell. (Neal, Alonzo) (Entered: 05/16/2007) |
| 03/08/2007 | 16 | STATUS CONFERENCE ORDER: The Court has extended to Petitioners' Cpunsel additional time to find a medical expert and a Status Conference is set for 5/8/2007 10:00 AM before Special Master Richard Abell. Signed by Special Master Richard Abell. (tjk, ) |

| | | |
|---|---|---|
| | | (Entered: 03/14/2007) |
| 03/05/2007 | 15 | AMENDED PETITION filed by FRANCIA HIRMIZ, PETER HIRMIZ. Service: 3/02/07.(tjk, ) (Entered: 03/08/2007) |
| 01/10/2007 | 14 | SCHEDULING ORDER: Petitioner should file the Amended Petition due by 3/08/07. Status Conference reset for 3/8/2007 10:00 AM before Special Master Richard Abell. Signed by Special Master Richard Abell. (tjk, ) (Entered: 01/15/2007) |
| 01/03/2007 | | Set Deadlines/Hearings: Response to 13 Petitioner's Status Report due by 1/16/2007. (tjk, ) Modified on 1/7/2007 (tjk, ). (Entered: 01/07/2007) |
| 01/03/2007 | 13 | STATUS REPORT, filed by FRANCIA HIRMIZ, PETER HIRMIZ. Service: 12/27/06.(tjk, ) (Entered: 01/07/2007) |
| 11/07/2006 | 12 | SCHEDULING ORDER: Petitioner's counsel informed the court regarding the record and the possibility of filing an amended petition; any such filing shall be due by 1/02/07. Status Conference set for 1/9/2007 11:00 AM before Special Master Richard Abell. Signed by Special Master Richard Abell. (tjk, ) (Entered: 11/13/2006) |
| 10/13/2006 | 11 | STATUS CONFERENCE ORDER: Status Conference set for 11/6/2006 10:00 AM before Special Master Richard Abell. Signed by Special Master Richard Abell. (tjk, ) (Entered: 10/17/2006) |
| 10/04/2006 | | Minute Entry for proceedings held before Special Master Richard Abell : Telephonic Status Conference held on October 4, 2006. (tlj, ) (Entered: 10/04/2006) |
| 08/30/2006 | 10 | STATUS CONFERENCE ORDER: Status Conference set for 10/4/2006 10:00 AM before Special Master Richard Abell. Signed by Special Master Richard Abell. (tjk, ) (Entered: 09/04/2006) |
| 08/29/2006 | | Minute Entry for proceedings held before Special Master Laura D. Millman : Telephonic Status Conference held on August 29, 2006. (tlj, ) (Entered: 08/29/2006) |
| 08/03/2006 | 9 | MEDICAL RECORDS [Exhibit(s) A] filed by FRANCIA HIRMIZ, PETER HIRMIZ. Service: 7/31/06.(tjk, ) (Entered: 08/07/2006) |
| 07/21/2006 | 8 | ORDER: Petitioners shall file the outstanding medical records indicated in Respondent's Rule 4(c) Report post haste. Status Conference set for 8/29/2006 10:00 AM before Special Master Richard Abell. Signed by Special Master Richard Abell. (tjk, ) (Entered: 07/24/2006) |
| 07/20/2006 | | Minute Entry for proceedings held before Special Master Richard Abell : Telephonic Status Conference held on July 20, 2006. (tlj, ) (Entered: 07/20/2006) |
| 07/14/2006 | 7 | Respondent's Report, filed by SECRETARY OF HEALTH AND HUMAN SERVICES. Service: 7/14/06. (tjk, ) (Entered: 07/18/2006) |
| 07/05/2006 | 6 | SCHEDULING ORDER:Respondents Report due by 7/14/2006. Status |

Case: 15-5043　Document: 8　Page: 13　Filed: 02/13/2015

| | | |
|---|---|---|
| | | Conference set for 7/20/2006 10:00 AM before Special Master Richard Abell. Signed by Special Master Richard Abell. (tjk, ) (Entered: 07/07/2006) |
| 06/30/2006 | | Minute Entry for proceedings held before Special Master Richard Abell : Telephonic Status Conference held on June 30, 2006. (tlj, ) (Entered: 06/30/2006) |
| 06/29/2006 | 5 | SCHEDULING ORDER: The Rule 4(a) Status Conference is reset for 6/30/2006 10:00 AM before Special Master Richard Abell. Signed by Special Master Richard Abell. (tjk, ) (Entered: 07/03/2006) |
| 06/13/2006 | 4 | INITIAL ORDER: Status Conference set for 6/27/2006 10:30 AM before Special Master Richard Abell. Signed by Special Master Richard Abell. (tjk, ) (Entered: 06/15/2006) |
| 05/31/2006 | 3 | NOTICE of Appearance by Linda Sara Renzi for SECRETARY OF HEALTH AND HUMAN SERVICES. Service: 5/31/2006.(mij, ) (Entered: 06/07/2006) |
| 05/08/2006 | 2 | NOTICE of Assignment to Special Master Richard B. Abell. (tjk, ) (Entered: 05/10/2006) |
| 05/08/2006 | 1 | PETITION against SECRETARY OF HEALTH AND HUMAN SERVICES ( Filing fee $250, Receipt number 064875) [Filed with 1 volume of records], filed by FRANCIA HIRMIZ, PETER HIRMIZ.Respondents Report due by 8/7/2006.(tjk, ) (Entered: 05/10/2006) |