FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Francia Hirmiz and Petere HIrmiz as best friends of their daughter, J.H.  v.  Secretary of Health and Human Services

No. 15-5043

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se   [✔] As counsel for: Francia Hirmiz and Peter Hirmiz
                                  Name of party

I am, or the party I represent is (select one):

[ ] Petitioner  [ ] Respondent  [ ] Amicus curiae  [ ] Cross Appellant
[✔] Appellant   [ ] Appellee    [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant   [ ] Respondent or appellee

My address and telephone are:

Name: John F. McHugh
Law firm: John F. McHugh
Address: 233 Broadway, Suite 2320
City, State and ZIP: New York, N.Y. 10279
Telephone: 212-483-0875
Fax #: 212-483-0876
E-mail address: jfmchughpc@aol.com

Statement to be completed by counsel only (select one):

[✔] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case. *John F. McHugh*

Date admitted to Federal Circuit bar (counsel only): 01/07/09

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes   [✔] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

_____                    *John F. McHugh*
Date                              Signature of pro se or counsel

cc: Linda Sara Renzi , Exq.

Reset Fields