**UNITED STATES COURT OF APPEALS**
**FOR THE FEDERAL CIRCUIT**
_____

**FRANCIA HIRMIZ and PETER HIRMIZ,**
**As best friends of their daughter, JH**

       **Petitioners,**                  **Appeal No. 15-5043**

      **v.**

**Secretary of Health and Human Services,**

      **Respondent**
_____

# MOTION FOR EXTENSION OF
# TIME FOR FILING BRIEF FOR PETITIONER

**John F. McHugh**
**Attorney for the Petitioner-appellant**
**233 Broadway, Suite 2320**
**New York, N.Y. 10279**
**212-483-0875**
**Fax: 212-483-0876**

# MOTION

Petitioner's opening brief is due on March 27, 2015. On March 19, 2015, petitioner's attorney left a message on the answering machine of the Respondent's attorney asking if the respondent had any objection to an extension of time in which to file petitioners' opening brief for 14 days or through April 10. 2015. This request is made due to the press of other business which has prevented counsel from completing his re-review of the record and additional legal research.

Wherefore, the petitioner moves to extend the time for filing the opening brief through April 10, 2015.

Dated, New York, N.Y.
    March 20, 2015        __/s/ John F. McHugh_____
                                                233 Broadway, Suite 2320
                                                New York, N.Y. 10279
                                                212-483-0875

FORM 9. Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Francia Hirmiz and Peter Hirmiz as best friends of their daughter, J.H.   v.   Secretary of Health and Human Services

No. 15-5043

# CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) Francia Hirmiz and Peter HIrmiz as best friends of their daughter, J.H. certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

Francia Hirmiz and Peter Hirmiz as best friends of their daughter, J.H.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

4. ☐ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

John F. McHugh

February 18, 2015                                         *John F. McHugh*
Date                                                      Signature of counsel
                                                          John F. McHugh
                                                          Printed name of counsel

Please Note: All questions must be answered
cc: Linda Sara Renzi, Esq.

Reset Fields

124

**UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT**

_____

**FRANCIA HIRMIZ and PETER HIRMIZ,**
As best friends of their daughter, JH

       Petitioners,                 Appeal No. 15-5043

      v.

**Secretary of Health and Human Services,**

      Respondent

_____

### AFFIRMATION OF SERVICE

John F. McHugh declares that on this 20th day of March 2015, copy of petitioner's motion for an extension of time was dispatched to:

      Linda Renzi, Senior Trial Attorney
      Torts Branch, Civil Division
      U.S. Dept. of Justice
      P.O. Box 146
      Benjamin Franklin Station
      Washington, DC 20044-0146
      202-616-4133
      linda.renzi@usdoj.gov

**via the federal circuit's CM/ECF site.**

                                               _____**/s/ John F. McHugh**_____