NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FRANCIA HIRMIZ, PETER HIRMIZ, as best friends of their daughter, J.H.,**
*Petitioners-Appellants*

v.

**SECRETARY OF HEALTH AND HUMAN SERVICES,**
*Respondent-Appellee*

---

2015-5043

---

Appeal from the United States Court of Federal Claims in No. 1:06-vv-00371-CFL, Judge Charles F. Lettow.

---

**ON MOTION**

---

**O R D E R**

Francia Hirmiz and Peter Hirmiz move for a 14-day extension of time, until April 10, 2015, to file their principal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s27